# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

| | |
|---|---|
| United States of America | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: DR:19-M -10364(1) |
| | § |
| (1) Steven Ladonn Spears | § |

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **December 20, 2019** in **Maverick** county, in the **WESTERN DISTRICT OF TEXAS** defendant(s) did, knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law

in violation of Title    **8**    United States Code, Section(s)    **1324(a)(1)(A)(ii)**
.

I further state that I am a(n) **BPA** and that this complaint is based on the following facts: "On December 4, 2019, Steven Ladonn Spears a U.S citizen was arrested by Border Patrol near Eagle Pass, TX, in the Western District of Texas, for transporting two illegal aliens furthering their illegal entry into the United States. Material Witnesses Pedro Antonio Caz-Caz and Segundo Isidro Lesma-Maza both citizens of Ecuador illegally present in the U.S.

**Continued on the attached sheet and made a part of hereof.**

Sworn to before me and subscribed in my presence,

Signature of Complainant
Vega, Jose A
BPA

12/27/2019                                                    at    DEL RIO, Texas
File Date                                                          City and State

VICTOR ROBERTO GARCIA
UNITED STATES MAGISTRATE JUDGE                Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT

# WESTERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA

vs.  Case Number: DR:19-M -10364(1)

(1) Steven Ladonn Spears

**Continuation of Statement of Facts:**

Subjects were able to identified Steven Ladonn Spears as the driver of the white 2016 Chrysler 200. Material Witness Pedro Antonio Caz-Caz made arrangements with an individual named Mauricio, and were to each pay $2000 U.S dollars to be transported to the state of Connecticut."

_____  _____
Signature of Judicial Officer  Signature of Complainant